IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Josand Farmer, | ) | C/A No. 0:19-545-TMC |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Bureau of Prisons, | ) | |
| Defendant. | ) | |

Plaintiff, Josand Farmer, a federal prisoner proceeding pro se, filed this petition for a writ of mandamus. (ECF No. 1). By order issued March 28, 2019, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 4.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* at 1. Plaintiff did not respond to the Order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

May 6, 2019  s/Timothy M. Cain
Anderson, South Carolina  United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.